IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD RODRIGO CETINA-ALCOCER,<br><br>          Petitioner,<br><br>     vs.<br><br>UNITED STATES OF AMERICA,<br><br>          Respondent. | No. CV-F-05-338 OWW<br>(No. CR-F-03-5329 OWW)<br><br>MEMORANDUM DECISION AND ORDER DISMISSING PETITIONER'S MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255 AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT FOR RESPONDENT |

By Order filed on August 5, 2008, Petitioner Ronald Rodrigo Cetina-Alcocer was directed to file within 30 days an amended motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 setting forth the grounds upon which he seeks relief and the facts upon which he relies in contending that his motion is timely filed or that he is entitled to equitable tolling.  Petitioner was advised that "[f]ailure to timely comply will result in the dismissal of his Section 2255 motion as untimely."

1

**Petitioner has not complied with the August 5, 2008 Order.**

**ACCORDINGLY:**

**1.   Petitioner Ronald Rodrigo Cetina-Alcocer's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 is DISMISSED as untimely;**

**2.   The Clerk of the Court is directed to enter JUDGMENT FOR RESPONDENT.**

IT IS SO ORDERED.

**Dated:   September 11, 2008**          /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE